Law Offices of James W. Spertus
1990 S. BUNDY DR., SUITE 705
LOS ANGELES, CA, 90025
TELEPHONE 310-826-4700; FACSIMILE 310-826-4711

1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA**

10  UNITED STATES OF AMERICA,          CASE NO.  CR 11-00072 - 9 DDP

11          Plaintiff,                 ORDER FOR DETENTION

12      vs.

13
    ROMAN TEROGANESYAN,
14
            Defendant.
15

16

17

18

19      Having considered the Stipulation for an Order of Detention and a

20  recommendation to the United States Marshal that Mr. Teroganesyan be

21  housed at the Metropolitan Detention Center, and for good cause shown, IT

22  IS HEREBY ORDERED THAT:

23      1.      Defendant Roman Teroganesyan is ordered detained pending

24  trial, without prejudice to Mr. Teroganesyan's right to address bail issues in

25  the future pursuant to Title 18, United States Code, Section 3142(f); and

26

27  cc: BOP, MDC & P.S.A.L.A.

28

Law Offices of James W. Spertus
1990 S. Bundy Dr., Suite 705
Los Angeles, CA, 90025
Telephone 310-826-4700; Facsimile 310-826-4711

1    2.    The Court recommends to the United States Marshal that, to the

2  extent possible, Mr. Teroganesyan be housed at the Metropolitan Detention

3  Center.

4

5    In addition, the HEARING RE: BAIL REVIEW set for April 21, 2011

6  is VACATED.

7

8

9  Dated:  April 15, 2011

10                                      HON. DEAN D. PREGERSON
                                        United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28